■ GOFFREDO G. GENSINI et al., Respondents, v TOWN OF MANLIUS, Appellant.—Order unanimously affirmed, with costs, on the opinion at Special Term, Stone, J. Memorandum: We note that the argument before us also addressed the question whether as a matter of fact the proposed use of the property complies with the permitted uses in the zoning district. Since Special Term did not decide that question and the order does not determine it we have not reached it. (Appeal from order of Onondaga Supreme Court—declaratory judgment.) Present—Cardamone, J. P., Simons, Hancock, Jr., Callahan and Witmer, JJ.

■ MERCHANTS NATIONAL BANK & TRUST COMPANY OF SYRACUSE, Respondent, v ED CHANDLER et al., Defendants, and GOULD-FARMER COMPANY, INC., Appellant.—Appeal dismissed, without costs, on stipulation. (Appeal from order and judgment of Onondaga Supreme Court—partial summary judgment.) Present—Cardamone, J. P., Simons, Hancock, Jr., Callahan and Witmer, JJ.

■ STATE DIVISION OF HUMAN RIGHTS, on the Complaint of DONALD GLADWIN, Respondent, v McHARRIS GIFT CENTER, Petitioner.—Petition unanimously granted, without costs, order reversed and complaint dismissed. Memorandum: In this proceeding pursuant to section 298 of the Executive Law, petitioner, a gift shop, seeks to annul an order of the State Human Rights Appeal Board reversing the action of the State Division of Human Rights in dismissing the complaint for lack of jurisdiction. The complainant alleges that he was denied "equal advantages, facilities, privileges and accommodations" of the gift shop because it displayed for sale novelties which demeaned persons of Polish extraction. The petition should be granted and the complaint dismissed. The novelty items, although offensive and in poor taste, were not communications "to the effect that any of the accommodations, advantages, facilities and privileges * * * [of the gift shop] shall be refused, withheld from or denied to any person on account of * * * national origin [or that that person] is unwelcome, objectionable or not acceptable, desired or solicited" as required by subdivision 2 of section 296 of the Executive Law. (Cf. *Matter of Rosenberg v State Human Rights Appeal Bd.,* 45 AD2d 929.) (Proceeding pursuant to Executive Law, § 298.) Present—Cardamone, J. P., Simons, Hancock, Jr., Callahan and Witmer, JJ.